# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANTHONY DEWAYNE MALONE, SR.**                                  **PLAINTIFF**

**VS.**                          **3:22-CV-00204-JM-ERE**

**DOES, ET AL.**                                                 **DEFENDANTS**

## ORDER

Ms. Jamie Huffman Jones entered an appearance in this case yesterday. Because Ms. Jones is on my recusal list, I RECUSE.

Accordingly, the Clerk of the Court is directed to randomly reassign this case to another magistrate judge.

IT IS SO ORDERED this 20th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE