# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ANTHONY DEWAYNE MALONE, SR.,                                   PLAINTIFF

v.                          3:22CV00204-JM-JTK

DOES, et al.                                                       DEFENDANTS

## ORDER

Defendant Bailey Burns filed a Motion to Substitute Counsel (Doc. No. 33) asking that Allie Loy of Sweet Dewberry Hubbard, PLC be substituted for current counsel of record Jamie Huffman Jones of Friday, Eldridge, & Clark, LLP.  Defendant Burns's Motion (Doc. No. 33) is GRANTED.

IT IS SO ORDERED this 11th day of October, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE