IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY DEWAYNE MALONE, SR.,                                              PLAINTIFF

v.                                   3:22CV00204-JM-JTK

DOES, et al.                                                              DEFENDANTS

## ORDER

Pending is Anthony Dewayne Malone, Sr.'s ("Plaintiff") Motion to Amend Complaint. (Doc. No. 18).   Defendants have not responded, and the time for doing so has passed.   Plaintiff's Motion (Doc. No. 18) is DENIED without prejudice.   Plaintiff includes in his proposed amendment allegations of incidents that occurred after he filed this lawsuit on August 8, 2022. Those allegations are not properly brought in this lawsuit.   Further, the Court will no longer accept piecemeal pleadings—all claims Plaintiff wishes to bring in this lawsuit should be set out in one document.   If he wishes, Plaintiff may file another Motion to Amend with a proposed pleading that omits allegations dating after August 8, 2022.

Plaintiff is cautioned that a Third Amended Complaint will render his original pleading (Doc. Nos. 1, 3, 7) without legal effect.[1]   Therefore, a Third Amended Complaint should: 1) name each party he believes deprived him of his constitutional rights and whom he wishes to sue in this action; 2) provide specific facts against each named Defendant in a simple, concise, and direct manner, including dates, times, and places if possible;   3) indicate whether he is suing each Defendant in his/her individual or official capacity, or in both capacities; 4) explain the reasons

---

[1] "An amended complaint 'ordinarily supersedes the original and renders it of no legal effect.'" In Home Health, Inc. v. Prudential Ins. Co. of America, 101 F.3d 600, 603 (8th Cir. 1996), quoting International Controls Corp. v. Vesco, 556 F.2d 665, 668 (2d Cir. 1994) (other citations omitted).

for an official capacity claim, if he makes one; 5) explain how each defendant's actions harmed him personally; and 6) explain the relief he seeks.

The Clerk of the Court is directed to send Plaintiff a blank 42 U.S.C. § 1983 form along with a copy of this Order.

IT IS SO ORDERED this 13th day of October, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE