IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANTHONY DEWAYNE MALONE, SR.,**                                                    **PLAINTIFF**

**v.**                            **CASE NO: 3:22-CV-00204-JM-JTK**

**DOES,** *et al.*                                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Malone's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Temporary Restraining Order (Doc. No. 20) is DENIED without prejudice.

Dated this 9th day of November, 2022.

_____
James M. Moody Jr.
United States District Judge