IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY DEWAYNE MALONE, SR.,                                              PLAINTIFF

v.                                    3:22CV00204-JM-JTK

DOES, et al.                                                               DEFENDANTS

## ORDER

      Defendants Case, Franks, Barnum, Sanchez, Floyd, and Burns filed a Response to Plaintiff's Motion for Preliminary and Permanent Injunctions. (Doc. No. 47). Plaintiff's claims include allegations of deliberate indifference to serious medical needs. Defendants' Response includes the Declaration of Defendant Burns, LPN. (Doc. No. 47-1). Defendant Burns describes Plaintiff's medical condition and treatment, but no medical records were provided. The Court would find it helpful if Defendants supplemented the record to include records of Plaintiff's medical care during the relevant period at the Greene County Detention Center. If Defendants wish to provide these records, they should do so by November 17, 2022.

      IT IS SO ORDERED this 9th day of November, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE