# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

ANTHONY DEWAYNE MALONE, SR.,                               PLAINTIFF

v.                          3:22CV00204-JTK

DOES, et al.                                               DEFENDANTS

## ORDER

Defendant Bailey Burns has asked for an extension of time in which to respond to Plaintiff's pending Motion for Temporary Restraining Order and Motion for Order. (Doc. No. 70). The Court notes that Plaintiff is no longer in custody in the Greene County Detention Center. (Doc. No. 58). As such, his requests for injunctive relief are moot. Smith v. Hundley, 190 F.3d 852, 855 (8th Cir. 1999). For good cause shown, Defendant Burns's Motion (Doc. No. 70) is GRANTED. Any Response to Plaintiff's pending Motions (Doc. Nos. 61, 63) by any Defendant must be filed by March 9, 2023.

IT IS SO ORDERED this 25th day of January, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE