# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ANTHONY DEWAYNE MALONE, SR.,                                            PLAINTIFF

v.                                      3:22CV00204-JTK

DOES, et al.                                                            DEFENDANTS

## JUDGMENT

Based on the Order entered this date, Plaintiff Anthony Dewayne Malone, Sr.'s First Amendment, RLUIPA, and Fourteenth Amendment claims are dismissed with prejudice. All other claims are dismissed without prejudice. The Court certifies that an in forma pauperis appeal of this Judgment and the underlying Order would not be taken in good faith.

Dated this 13th day of July, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE